Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-263-818

**Effective Date of Registration:**
August 09, 2021
**Registration Decision Date:**
August 23, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

Title of Work:   Adequate Expression of Feelings

## Completion/Publication
_____

Year of Completion:   2019
Date of 1st Publication:   August 13, 2019
Nation of 1st Publication:   United States

## Author
_____

• Author:   Justyna Jolanta Dorsz
Author Created:   Artwork
Citizen of:   Poland

## Copyright Claimant
_____

Copyright Claimant:   Justyna Jolanta Dorsz
Sremska 15, Czempin, 64-020, Poland

## Certification
_____

Name:   Justyna Jolanta Dorsz, Author/Owner
Date:   August 09, 2021

---

Copyright Office notes:   Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-264-833

**Effective Date of Registration:**
August 01, 2021
**Registration Decision Date:**
August 31, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

Title of Work:  All These Feelings

## Completion/Publication
_____

Year of Completion:  2019
Date of 1st Publication:  March 19, 2019
Nation of 1ˢᵗ Publication:  United States

## Author
_____

- Author:  Justyna Jolanta Dorsz
  Author Created:  Artwork
  Citizen of:  Poland

## Copyright Claimant
_____

Copyright Claimant:  Justyna Jolanta Dorsz
Sremska 15, Czempin, 64-020, Poland

## Certification
_____

Name:  Justyna Jolanta Dorsz, Author/Owner
Date:  August 01, 2021

---

Copyright Office notes:  Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)
All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-264-814

**Effective Date of Registration:**
August 03, 2021
**Registration Decision Date:**
August 31, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work: Antisocial Today and Also Always

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: March 19, 2019
Nation of 1st Publication: United States

## Author

- Author: Justyna Jolanta Dorsz
  Author Created: Artwork
  Citizen of: Poland

## Copyright Claimant

Copyright Claimant: Justyna Jolanta Dorsz
Sremska 15, Czempin, 64-020, Poland

## Certification

Name: Justyna Jolanta Dorsz, Author/Owner
Date: August 03, 2021

---

Copyright Office notes: Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-264-802

**Effective Date of Registration:**
August 03, 2021
**Registration Decision Date:**
August 31, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
────────────────────────────────

**Title of Work:**   Full of Pizza and Doubts

## Completion/Publication
────────────────────────────────

**Year of Completion:**   2019
**Date of 1st Publication:**   March 26, 2019
**Nation of 1st Publication:**   United States

## Author
────────────────────────────────

- **Author:**   Justyna Jolanta Dorsz
  **Author Created:**   Artwork
  **Citizen of:**   Poland

## Copyright Claimant
────────────────────────────────

**Copyright Claimant:**   Justyna Jolanta Dorsz
Sremska 15, Czempin, 64-020, Poland

## Certification
────────────────────────────────

**Name:**   Justyna Jolanta Dorsz, Author/Owner
**Date:**   August 03, 2021

---

**Copyright Office notes:**   Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)
All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



FULL OF PIZZA
AND DOUBTS

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-263-814

**Effective Date of Registration:**
August 09, 2021
**Registration Decision Date:**
August 23, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
────────────────────────

Title of Work: Get your own pizza, human!

## Completion/Publication
────────────────────────

Year of Completion: 2016
Date of 1st Publication: December 22, 2016
Nation of 1st Publication: United States

## Author
────────────────────────

- Author: Justyna Jolanta Dorsz
  Author Created: Artwork
  Citizen of: Poland

## Copyright Claimant
────────────────────────

Copyright Claimant: Justyna Jolanta Dorsz
Sremska 15, Czempin, 64-020, Poland

## Certification
────────────────────────

Name: Justyna Jolanta Dorsz, Author/Owner
Date: August 09, 2021

Copyright Office notes: Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-240-645

**Effective Date of Registration:**
January 07, 2021
**Registration Decision Date:**
March 09, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | Not Today |
| **Previous or Alternate Title:** | Not Today Cat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | August 30, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Justyna Jolanta Dorsz |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Poland |
| **Domiciled in:** | Poland |
| **Year Born:** | 1985 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Justyna Jolanta Dorsz |
| | Sremska 15, Czempin, 64-020, Poland |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Justyna Jolanta Dorsz |
| **Email:** | justyna.dorsz@gmail.com |
| **Address:** | Sremska 15 |
| | Czempin 64-020 Poland |

Page 1 of 2

## Certification

**Name:** Justyna Jolanta Dorsz
**Date:** January 07, 2021

**Copyright Office notes:** Regarding basis for registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases, or slogans. 37 CFR 202.1.



## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-263-723

**Effective Date of Registration:**
July 29, 2021
**Registration Decision Date:**
August 26, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title
_____

Title of Work: Overthinking and Also Hungry

### Completion/Publication
_____

Year of Completion: 2017
Date of 1st Publication: March 02, 2017
Nation of 1st Publication: United States

### Author
_____

- Author: Justyna Jolanta Dorsz
  Author Created: Artwork
  Citizen of: Poland

### Copyright Claimant
_____

Copyright Claimant: Justyna Jolanta Dorsz
Sremska 15, Czempin, 64-020, Poland

### Certification
_____

Name: Justyna Jolanta Dorsz, Author/Owner
Date: July 29, 2021

---

Correspondence: Yes
Copyright Office notes: Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)

Page 1 of 2

All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans.  37 C.F.R. 202.1.



Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-263-581

**Effective Date of Registration:**
August 10, 2021
**Registration Decision Date:**
August 20, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

Title of Work:   Projecting Calm - Internally Panicking

## Completion/Publication
_____

Year of Completion:   2017
Date of 1st Publication:   November 17, 2017
Nation of 1st Publication:   United States

## Author
_____

- Author:   Justyna Jolanta Dorsz
  Author Created:   Artwork
  Citizen of:   Poland

## Copyright Claimant
_____

Copyright Claimant:   Justyna Jolanta Dorsz
Sremska 15, Czempin, 64-020, Poland

## Certification
_____

Name:   Justyna Jolanta Dorsz, Author/Owner
Date:   August 10, 2021

---

Copyright Office notes:   Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)
All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration is based on the artwork in the deposit. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-264-822

**Effective Date of Registration:**
August 03, 2021
**Registration Decision Date:**
August 31, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:**  Saturn the Cat

## Completion/Publication

**Year of Completion:**  2016
**Date of 1st Publication:**  August 29, 2016
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Justyna Jolanta Dorsz
  **Author Created:**  Artwork
  **Citizen of:**  Poland

## Copyright Claimant

**Copyright Claimant:**  Justyna Jolanta Dorsz
Sremska 15, Czempin, 64-020, Poland

## Certification

**Name:**  Justyna Jolanta Dorsz, Author/Owner
**Date:**  August 03, 2021

---

**Copyright Office notes:**  Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-263-484

**Effective Date of Registration:**
August 10, 2021
**Registration Decision Date:**
August 19, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

             **Title of Work:**    Space Botanica

## Completion/Publication
_____

        **Year of Completion:**    2018
   **Date of 1st Publication:**    March 12, 2018
  **Nation of 1st Publication:**    United States

## Author
_____

      •         **Author:**    Justyna Jolanta Dorsz
     **Author Created:**    Artwork
         **Citizen of:**    Poland

## Copyright Claimant
_____

    **Copyright Claimant:**    Justyna Jolanta Dorsz
                            Sremska 15, Czempin, 64-020, Poland

## Certification
_____

            **Name:**    Justyna Jolanta Dorsz, Author/Owner
              **Date**:    August 10, 2021

---

    **Copyright Office notes:**    Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-264-797

**Effective Date of Registration:**
August 03, 2021
**Registration Decision Date:**
August 31, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title _____

**Title of Work:**   Vaguely Aware of Social Norms

## Completion/Publication _____

**Year of Completion:**   2019
**Date of 1st Publication:**   March 26, 2019
**Nation of 1ˢᵗ Publication:**   United States

## Author _____

•   **Author:**   Justyna Jolanta Dorsz
**Author Created:**   Artwork
**Citizen of:**   Poland

## Copyright Claimant _____

**Copyright Claimant:**   Justyna Jolanta Dorsz
Sremska 15, Czempin, 64-020, Poland

## Certification _____

**Name:**   Justyna Jolanta Dorsz, Author/Owner
**Date:**   August 03, 2021

---

**Copyright Office notes:**   Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)
All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



VAGUELY AWARE
OF SOCIAL NORMS



**The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

Help    Help    Help    Help

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = pocket wonderland
Search Results: Displaying 1 of 1 entries



Labeled View

*Pocket Wonderland.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002270943 / 2021-09-17 |
| **Application Title:** | Pocket Wonderland. |
| **Title:** | Pocket Wonderland. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Justyna Jolanta Dorsz. Address: Sremska 15, Czempin, 64-020, Poland. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-03-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Justyna Jolanta Dorsz; Citizenship: Poland. Authorship: Artwork. |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Dorsz, Justyna Jolanta |





**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▾]  [Format for Print/Save]

Enter your email address: [                    ]  [Email]

